01
02
03
04
05
06
07                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09 SALVATORE LARIZZA,

10                      Plaintiff,            Case No.  C13-0990-JLR-MAT

11      v.
                                              REPORT AND RECOMMENDATION
12 SIX UNKNOWN AGENTS, *et al*.,

13                      Defendants.

14

15      On June 10, 2013, plaintiff Salvatore Larizza submitted to this Court for filing a

16 proposed civil rights complaint.  (*See* Dkt. No. 1.)  However, plaintiff failed to submit with

17 his complaint either the filing fee or an application for leave to proceed with this action *in forma*

18 *pauperis*.  Accordingly, the Clerk sent plaintiff a letter advising him that he would have to

19 submit either the entire filing fee, or an application for *in forma pauperis* status, on or before

20 July 10, 2013, and that his failure to do so could result in dismissal of this case.   (Dkt. No. 3.)

21 On June 24, 2013, the Clerk's letter, which was mailed to plaintiff at his address of record, the

22 Immigration and Customs Enforcement (ICE) Processing Center in El Paso, Texas, was

REPORT AND RECOMMENDATION
PAGE - 1

returned by the post office with a notation indicating that plaintiff was no longer at that facility. (Dkt. No. 4.)   To date, plaintiff has not provided the Court with a new address.

Because over sixty days have passed since mail directed to plaintiff at his address of record was returned by the post office, and because plaintiff has not notified the court of his current address, this action should be dismissed, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).  A proposed order accompanies this Report and Recommendation.

DATED this <u>4th</u> day of September, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge