```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED
```

**SEP 27 2013**

01 CLERK U.S. DISTRICT COURT
AT SEATTLE
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

02

03                        UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
04                                 AT SEATTLE

05 SALVATORE LARIZZA,

06                          Plaintiff,        Case No.  C13-0990-JLR

07        v.
                                              ORDER DISMISSING ACTION
08 SIX UNKNOWN AGENTS, *et al.*,

09                          Defendants.

10

11        The Court, having reviewed the Report and Recommendation of the Honorable Mary

12 Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and

13 ORDER:

14        (1)    The Court adopts the Report and Recommendation;

15        (2)    This matter is DISMISSED, without prejudice, for failure to prosecute pursuant

16 to Local Rule CR 41(b)(2); and

17        (3)    The Clerk is directed to send copies of this Order to plaintiff at his last known

18 address and to the Honorable Mary Alice Theiler.

19        DATED this 27th day of _____September_____, 2013.

20

JAMES L. ROBART
United States District Judge

**13-CV-00090-ORD**

ORDER DISMISSING ACTION
PAGE - 1