```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

       SEP 27 2013
        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SALVATORE LARIZZA,

          Plaintiff,

v.

SIX UNKNOWN AGENTS, *et al.*,

          Defendants.

Case No. C13-0990-JLR

ORDER DISMISSING ACTION

    The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2); and

    (3)    The Clerk is directed to send copies of this Order to plaintiff at his last known address and to the Honorable Mary Alice Theiler.

    DATED this 27th day of September, 2013.

                                       /s/ James L. Robart
                                       JAMES L. ROBART
                                       United States District Judge

13-CV-00090-ORD

ORDER DISMISSING ACTION
PAGE - 1